|   |   |
|---|---|
| ROBIN MAY, individually and as parent and legal guardian of J.M., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a Delaware Corporation doing business in and throughout the State of Washington,<br><br>Defendant. | No. 2:21-cv-00327<br><br>NOTICE OF REMOVAL TO FEDERAL COURT |

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

Please take notice that Defendant Safeway Inc. hereby removes to the United States District Court for the Western District of Washington the action described below. On September 8, 2020, Defendant Safeway Inc. was served with a summons **(Attachment 1)** and complaint in an action entitled *May v. Safeway, Inc.*, King County Superior Court No. 20-2-13639-5 KNT. The first date upon which Safeway Inc. received a copy of this complaint was September 8, 2020. A minor was erroneously named as a party. This error was subsequently corrected by way of an amended complaint **(Attachment 2)**.

NOTICE OF REMOVAL TO
FEDERAL COURT - 1
R:\6914\PLEADINGS\notice.removal.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

1  Neither the original complaint nor amended complaint specify the amount of
2  damages being claimed by the Plaintiff and it is not apparent from the complaint whether
3  the amount of damages sought would be greater than the minimum jurisdictional amount
4  for this court.  Safeway propounded a request for a statement of damages which asked
5  Plaintiff to disclose the damages Plaintiff is claiming in this matter.  On March 1, 2021,
6  Plaintiff provided Safeway with a statement of damages which claims $163,922.16 in
7  damages.

8  There is complete diversity because the Plaintiff is a citizen of the State of
9  Washington and Defendant Safeway Inc. is a corporation organized under the laws to the
10  State of Delaware with its principle place of business in the State of California.

11  This court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)
12  because it is between citizens of different states and the amount in controversy exceeds
13  $75,000.  This claim is removable to federal court by the defendant pursuant to 28 U.S.C.
14  §1441 based on diversity jurisdiction.

15  A jury trial has been demanded (**Attachment 3**)

## **INTRADISTRICT ASSIGNMENT**

17  The case is currently pending in King County so LCR 3(e) indicates it will be
18  initially assigned to a Seattle Judge.

19  A civil case cover sheet is attached as **Attachment 4**.

20  Dated:  March 10, 2021.

21  TURNER KUGLER LAW, PLLC

22  By:      s/ John T. Kugler
         John T. Kugler, WSBA # 19960
23       Attorney for Defendant

NOTICE OF REMOVAL TO
FEDERAL COURT - 2
R:\6914\PLEADINGS\notice.removal.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Attorney for Plaintiff</u>:
Deborah A. Purcell
Khan Law Firm PLLC
8407 S. 259th St., Ste. 101
Kent, WA 98030
L3@klawfirm.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

*s/ John T. Kugler*
JOHN T. KUGLER, WSB #19960
Attorney for Defendant Safeway Inc.
TURNER KUGLER LAW, PLLC
6523 California Ave SW #454
Seattle, WA 98136-1833
Telephone: (206) 659-0679
E-mail: john@turnerkuglerlaw.com

NOTICE OF REMOVAL TO
FEDERAL COURT - 3
R:\6914\PLEADINGS\notice.removal.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679