1

2

3

4

5

6

7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR COUNTY OF KING

8

9

10

| | |
|---|---|
| ROBYN MAY, an individual, and ROBYN MAY, as mother and guardian of J.M., a minor, | No. 20-2-13639-5 KNT **AMENDED COMPLAINT** |
| Plaintiff, | |
| vs. | |
| SAFEWAY, INC., a Delaware Corporation doing business in and throughout the State of Washington. | |
| Defendant. | |

11

12

13

14

15

16

17

        COMES NOW Robyn May, an individual and Robyn May, as mother and guardian of

18

19

J.M., a minor, by and through her attorneys at Khan Law Firm PLLC, and brings this Complaint

20

against the named Defendant, Safeway, Inc., and alleges as follows:

21

                                        I.        PARTIES

22

        1.1      At all times relevant hereto, Plaintiff Robyn May and J.M. were residents of

23

Burien, King County, Washington.

24

25

AMENDED COMPLAINT 1 of 5

KHAN LAW FIRM PLLC
8407 S. 259th Street Ste. 101
Kent, WA 98030
Tel: (206) 430-6096 Fax: (253) 277-8892

1.2     At all times relevant hereto, Defendant Safeway, Inc. was and is a Delaware Corporation doing business in and throughout the state of Washington, including King County.

## II.     JURISDICTION AND VENUE

2.1     Plaintiff re-alleges and incorporates by reference all preceding paragraphs as if fully restated herein.

2.2     The incident giving rise to the subject of this complaint, occurred on or about April 27, 2019, in Burien, King County, Washington.

2.3     This court has jurisdiction over the parties and the subject matter of this action.

2.4     Venue in this matter is proper for this court, as all the causes of action have occurred in King County, Washington.

## III.     FACTS

3.1     Plaintiff re-alleges and incorporates by reference all preceding paragraphs as if fully restated herein.

3.2     On or about April 27, 2019, J.M. was a business invitee, shopping at Safeway Store #1664 with his mother, Robyn May.  He was walking down an aisle when he slipped on a liquid substance on the floor.  J.M. fell because the floor was wet, unkept, and slippery. Defendant failed to take adequate steps to discover and ameliorate dangerous and unsafe conditions.  Further, Defendant failed to take adequate steps to warn of a dangerous and unsafe condition.

3.3     As a result of Defendant's negligent act of failing to properly maintain a food handling case and to make sure the floor was properly maintained and properly warn of such a hazard, J.M. sustained injuries.

AMENDED COMPLAINT 2 of 5

3.4     As a direct result of defendant's negligent act, J.M. incurred significant medical treatments and medical expenses in an amount to be proven at trial.

3.5     On or about April 27, 209, Defendant's negligence was the proximate cause of the incident which is the subject of this complaint.

3.6     As a result of the defendant's negligence, J.M. suffered and continues to suffer bodily injuries, physical disability and pain, emotional trauma, medical expenses, loss of earnings and earning capacity, and other damages as a result of the incident.

3.7     As a result of the defendant's negligence, plaintiff Robyn May has suffered and continues to suffer a loss of consortium and wage loss.

## IV.     FIRST CAUSE OF ACTION

4.1     Plaintiff re-alleges and incorporates by reference all preceding paragraphs as if fully restated herein.

4.2     Defendant had a duty to maintain safe walking areas near the food holding case and throughout the store so that they are free from slick surfaces and hazardous conditions.

4.3     The defendant knew or should have known that the walking area near the food holding case was an area of high traffic giving rise to a duty on the part of defendant to keep the area safe and free of hazards.

4.4     Defendant was negligent in failing to maintain Safeway Store #1664 reasonably safe for its invitees, and specifically in negligently allowing liquid to spill and/or accumulate from or near the food handling case and failing to take action to clean the liquid and failing to warn customers of the danger posed by liquid on the floor where J.M. slipped and fell.

AMENDED COMPLAINT 3 of 5

KHAN LAW FIRM PLLC
8407 S. 259th Street Ste. 101
Kent, WA 98030
Tel: (206) 430-6096 Fax: (253) 277-8892

## V.    DAMAGES

5.1    Plaintiff re-alleges and incorporates by reference all preceding paragraphs as if fully restated herein.

5.2    As a proximate result of the negligence of Defendant, J.M. suffered severe personal injuries in such amount as shall be proven at the time of trial.

5.3    As a result of the defendant's negligence, plaintiff Robyn May has suffered and continues to suffer a loss of consortium and wage loss.

## VI.    RELIEF SOUGHT

WHEREFORE, Plaintiff respectfully requests the following relief:

1.    For general damages for pain and suffering, mental distress, and emotional anxiety, past, present, and future incurred by J.M.;

2.    For special damages including all medical expenses incurred by J.M. in treatment for injuries resulting from the collision accident as well as future medical expenses and other items of special damages;

3.    For damages for loss of consortium and loss of income to Plaintiff Robyn May and reduction in earning capacity, past, present, and future;

4.    For pre-judgment interest at the statutory rate on all items of special damages including, without limitation, expenses of medical care and treatment;

5.    For an award of attorney's fees and costs incurred herein;

6.    For such other and further relief as the Court may deem just and equitable.

//

//

AMENDED COMPLAINT 4 of 5

KHAN LAW FIRM PLLC
8407 S. 259th Street Ste. 101
Kent, WA 98030
Tel: (206) 430-6096 Fax: (253) 277-8892

1

2      DATED this 28th day of January, 2021.

3                          KHAN LAW FIRM PLLC

4

5

6                          Deborah A. Purcell, WSBA #32215
                           Attorney for Plaintiffs
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

AMENDED COMPLAINT 5 of 5