1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBYN MAY, individually and as parent and legal guardian of J.M., a minor, | No. 2:21-cv-00327-BJR |
| Plaintiff, | ORDER OF APPOINTMENT OF PRO BONO COUNSEL |
| v. | |
| SAFEWAY, INC., | |
| Defendant. | |

The Court hereby appoints James McCormick from the Court's Pro Bono Panel to serve

as an independent guardian ad litem on behalf of J.M. in this matter.  The Court appoints Mr.

McCormick to perform, on a pro bono basis, the duties set forth under Local Civil Rule 17(c) in

connection with the parties' proposed settlement of J.M.'s claims.  Mr. McCormick's contact

information is as follows:

> James McCormick
> Evergreen Personal Injury Counsel
> 100 S. 9th Street
> Tacoma, WA  98402
> (253) 472-6000
> jmccormick@epic-law.com

Mr. McCormick is directed to file a Notice of Appearance within seven (7) calendar

ORDER - 1

days of the date of this Order.  If Mr. McCormick is unable to assume this representation, a

motion for relief from appointment should be immediately filed.

The Court requests that Mr. McCormick provide the Court with the report required by

Local Civil Rule 17(c) within 45 days of the date of this Order.  However, additional time may

be requested for good cause shown.

The Clerk is directed to send a copy of this order to all counsel of record and to Mr.

McCormick by email at jmccormick@epic-law.com.

DATED January 7, 2022.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2