IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBYN MAY, individually and as parent and legal guardian of J.M., a minor,

Plaintiff,

v.

SAFEWAY, INC.,

Defendant.

No. 2:21-cv-00327-BJR

ORDER APPROVING SETTLEMENT

Having reviewed the Guardian ad Litem's ("GAL") report recommending approval of the parties' proposed settlement (Dkt. 31), and agreeing with the GAL's recommendation, this Court approves the proposed settlement as outlined in the GAL's report. *See id*. at 20-21. The Court directs the parties to cooperate in distributing the settlement amount in the manner recommended by the GAL. *See id*. The parties are further directed to submit to the Court proof of deposit of the net settlement proceeds to Plaintiff within 10 days of such proceeds being deposited into the recommended savings account.

IT IS SO ORDERED.

Dated: July 21, 2022

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 1