THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ROBIN MAY, individually and as parent and legal guardian of J.M., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a Delaware Corporation doing business in and throughout the State of Washington,<br><br>Defendant. | No. 2:21-cv-00327-BJR<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties that this matter be dismissed with prejudice and without costs. The parties request that the court enter the subjoined order. Notice of presentment is waived.

Dated: September 7, 2022.

| | |
|---|---|
| KHAN LAW FIRM PLLC | TURNER KUGLER LAW, PLLC |
| By: _____s/ Christopher Morales_____<br>Christopher Morales, WSBA #41364<br>Attorney for Plaintiffs | By: _____s/ John T. Kugler_____<br>John T. Kugler, WSBA # 19960<br>Attorney for Defendant |

STIPULATION FOR AND ORDER OF DISMISSAL - 1
R:\6914-SFW-22\PLEADINGS\dismissal.stip.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

**II. ORDER**

THIS MATTER came before the court on the foregoing stipulation of the parties for dismissal. It is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs.

Dated: _____, 2022.

                                                          BARBARA J. ROTHSTEIN
                                                          U.S. District Court

PRESENTED BY:

TURNER KUGLER LAW, PLLC

By: s/ John T. Kugler
     John T. Kugler, WSBA # 19960
     Attorney for Defendant

STIPULATION FOR AND ORDER OF DISMISSAL - 2
R:\6914-SFW-22\PLEADINGS\dismissal.stip.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

# CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Attorney for Plaintiff</u>:
Christopher Morales
Khan Law Firm PLLC
8407 S. 259th St., Ste. 101
Kent, WA 98030
lawyer2@klawfirm.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    *s/ John T. Kugler*
JOHN T. KUGLER, WSB #19960
Attorney for Defendant Safeway Inc.
TURNER KUGLER LAW, PLLC
6523 California Ave SW #454
Seattle, WA 98136-1833
Telephone: (206) 659-0679
E-mail: john@turnerkuglerlaw.com

STIPULATION FOR AND ORDER OF DISMISSAL - 3
R:\6914-SFW-22\PLEADINGS\dismissal.stip.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679